FILED
NOV 08 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT     DISTRICT OF COLUMBIA

DAVID W LINDER,
    Plaintiff,

v

ALBERTO GONZALES AND
PAUL J MCNULTY,
    Defendants.

Case: 1:07-cv-02029
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: PRO SE GEN. CIVIL

    Plaintiff declares under penalty of perjury the following facts:
1) That indictment for USA v Linder (2:04CR191, ED VA) was not presented to a grand jury in violation of the Constitution.
2) That in said case a blood test certificate was falsified.
3) That in said case a cashier's check was forged to hide legit monies.
4) That plaintiff has vigorously given legal notice to Former Attorney General Alberto Gonzales of improprities resulting in no action in violation of 18 USCS §3 and §4; misprision of felony and accessory after the fact.
5) That this matter is properly before this Court by way of the following: 1. That the forgeries were first transmitted from this district in 2006 by the US Attorney's office to this institution. 2. That the Eastern District of Virginia is prejudiced with a vested interest and fair proceedings cannot take place there with any meaning. 3. That relevant documents exist within the jurisdiction of this Court.
6) Relief on this Bivens involves more than $75,000.00 and more than ten people qualifying for possible class-action certification.
7) That Constitutionality of federal statutes exist with a division among the circuits.

Dated: October 23, 2007

Exhibits A-C

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

David Linder
USP, POB 33
Terre Haute, IN 47808

Exhibit A

Alberto Gonzales
Attorney General of the United States
Constitution Avenue and Tenth St NW
Washington, DC 20530

March 26, 2006

To the Attorney General:

    About a year ago I sent a letter to you that was composed on my father's computer. It never made it because it was intercepted by the Virginia Regional jail where I was being detained.

    I wrote to report the biggest miscairrage of justice I could ever imagine. The person running the show, from behind the scene then was Paul J McNulty. Look where he is now. The "them" I speak of was only a year ago.

    I've already proven my innocence via indirect incontrovertible evidence in the Circuit, but have no ruling yet. Requesting, demanding evidence being unlawfully and unconstitutionally withheld from me does no good. Please see that a motion I will file this week is granted. I'm not thrilled about the prospect of being forced into the position of being a destructive force.

    Ask #2 if I killed Phil or if he did it through his hired assassins. The truth is, Kill Phil Vol II is a cold-blooded, premediated murder. I enclose a thumbnail of a forgery that attempts to be your office stationary and a mimesis one of your office staffer dreamed up. Enough withe parlor forgeries. Ask McNulty. I ask for immediate release, compensation, and one special license. I ask for no resignations.

I remain,

David Linder USP Terre Haute

(TYPED COPY OF ORIGINAL)

(This letter evoked a response from the warden)

Alberto Gonzales
Attorney General of the United States of America
United States Department of Justice
10th Street and Constitution Avenue, NW
Washington, DC 20530

April 3, 2006

Number One:

    Number One, I repesctfully request that you order the arrest of Number Two - for the profane crime of first degree murder.
    Around two years ago Number Two, Paul J McNulty, willingly, knowingly, and unlawfully gave the order to proceed with the prosecution of David William Linder, for the responsibility of an overdose death, of one Phillip Conklin, carrying a mandatory minimum of 20 years, that actually resulted in a life sentence. The only trouble is, Linder had zero to do with Phil's demise, and McNulty was aware of that fact.
    McNulty has a tall ego, but is short sighted.
    Corruptio optimi pessima - Corruption of the best is the worst (of all).
    Due to the heinousness, the protracted premeditation and scheming, the magnitude of repulsiveness, and the sheer audacity of maladaptive behavior, I think I speak for every American when I state I will be seeking the death penalty, because all of the elements necessary to seek such punishment clearly exist.
    Americans must viscerally come to terms with the grotesque symbol embodied in a charlatan like McNulty, disguised as a model for the global buzzphrase "rule of law." Under the tutelage of McNulty, his protege acted out the death-hoax, as if for sport, that reduced the rule of law to the mob rule of a coterie operating in the confines of a corrupt private courtroom, before an audience of fifteen unsuspecting jurors, sometimes with the help of unwittingly complicent witnesses, sometimes with suborned testimony, in a blatant demonstration of misspent prerogative, the likes of which must never happen again.
    The outing of McNulty has been mandated.

I Remain,

David W Linder, B.P.
USP, POB 12015
Terre Haute, IN 47801

Enclosures:
1. Chronology of Exonerating Evidence
2. Facsimile: Indictment, pg. 47 (Dated 09.22.04 - Delivered 10.13.04)
3. Transcript: Nov 19, 2004 hearing
4. McNulty Press Release - Boasting/Slander May 17, 2005
5. Certified Mail Receipts - Notification of Transcript Alterations
6. "No Record Found" Response
7. The Daily Star Article - True Details of the scene of the crime
8. Facsimile of letter sent to Senator Orrin Hatch

cc: George W Bush
Washington Post
UPI
AP
Playboy

---

Chrono
CHRONOLOGY OF EXONERATING EVIDENCE

1. The News    07.27.04   Nevada Magistrate informs Linder he is wanted in Virginia for responsibility for a death. Bond denied. Tremendous animus in courtroom - mere presence of defendant repulses the magistrate to even speak.

2. The Build Up   10.13.04   Indictment delivered to defendant, late, Day 85 of detainment. First written detail of death. Died 2002 in 2nd Circuit; name Phillip Conklin.

3. The Set Up   11.19.04   Pretrial Hearing, "...We had to find Him (toxicologist) all the way down in Dade county, Florida...."

4. The Sting   05.17.05   McNulty Press Release "...reflects the tremendous harm" "clear warning...."

    The "tremendous harm" to society is McNulty's Pyrric Vigilante Victories, waste of public monies, and self-appointed, hidden agendas that virtually insures that John Q Public cannot get a fair trial as long as McNulty rides herd at any post, be it Deputy Attorney General or a washroom attendant on three years supervised release.

5. The Blow Up   11.11.05   Legal notification of wholesale rewrite of transcripts to ME's Office in Dade County

6. The Bringdown   12.28.05   "No Record found" Response to dBase search at the Miami-Dade Medical Examiner

7. The Breakdown   01.03.06   Notify District, Circuit courts of the no-hit response and The Daily Star article and what it means.

8. The Confirmation   03.23.06   ME's Confirmation stamp "No Record Found" but only after initiating Civil action and speaking to Tox-lab director George W Hime. Authentication.

9. The ruthlessness   Present   Courts remain unbudged despite proof of actual innocence.

Page 1

Attorney General of the United States of America
United States Department of Justice
**Tenth Street and Constitution Avenue**
Washington, DC 20530

June 12, 2006

To the Attorney General,
The Honorable Alberto Gonzales:

I enclose a memorandum of law that is significant to the legal notice I have submitted to the Inspector General.

When agent Genderitch visited I brought up the subject of the Convertino indictment in Detroit. That case simply looked like a Brady/Giglio violation, not virtual murder.

Sincerely,

David Linder
USP, POB 12015
Terre Haute, IN 47801

Typed Copy of Original

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

In re: David Linder #25913-048    Cause No. _____
FCI
POB 33
Terre Haute, IN.
47808

US
v
?

PETITION FOR INJUNCTION AND/OR IN THE
ALTERNATIVE WRIT OF MANDAMUS

Comes now the petitioner, David W Linder, through himself, and who respectfully submits to this Court information that rises to a degree that warrants presentation to a grand jury regarding the conduct of former Attorney General Alberto Gonzales along with his Deputy Paul J McNulty, in the matter of USA v Linder (4th Cir 2005).

In Linder forensics and financial were faked.

It is believed that this is the proper venue given DC Code Ann §11-1916(a)(1981 & Supp 1995).

"[a] grand jury serving in the District of Columbia may take cognizance of all matters brought before it regardless of whether the indictment is returnable in the Federal or District of Columbia Courts."

Petitioner requests this honorable court to issue an order to the current acting US Attorney General to present petitioner's evidence to a grand jury or special grand jury.

In re: Linder p.(2)

Case law that support private standing to present evidence pursuant to 18 USCS§3331-3334 include: <u>Simpson v Reno</u>, 902 F supp 254 (DC 1995); <u>Fuentos v Shevin</u>, 407 US 67 ('72); <u>In re: Grand Jury Application</u>, 617 F Supp 199, 203-206 (SDNY '85); <u>In re: Application of Larry A Wood</u>, 833 F 2d 113, 116 (8th Cir '87).

The nature of the crimes for indictment include Civil-RICO 18 USCS § 1961-1968 with state and federal entities in collusion, false making per 18 USCS § 1001, and the most heinous 18 USCS §1111 or virtual or white collar murder. There was no grand jury behind the indictment in <u>Linder</u>, and evidence in support has been filed in this district in <u>Linder v McNulty</u> (DCDC 06-1082 and DCCA 06-7111), cert to be filed.

Petitioner presents the unauthenticated forgery of a blood test and the official answer and authentication by the FDMS of "No Record Found." The shocking implications call into question other showcase trials of a showy constitution. The question is not 'are there others', the question is 'how many others'?

Petitioner has exhausted numerous novel approaches to the problem with nothing to show. It is believed that in the interest of judicial economy and mitigation of damages that this writ be ordered. Since some of the crimes to be presented to a grand jury have no statute of limitations the question becomes not if, but when?

Dated: October 1, 2007                     Respectfully submitted,


David Linder

CERTIFICATE OF SERVICE

I swear under penalty of perjury that a copy of the Oct 1, 2007 petition was mailed USPS first class mail to:

Acting Attorney General Paul Clement
950 Pennsylvania Ave NW
Washington, DC 20530


United States District Court
District of Columbia
333 Constitution Ave NW
Washington, DC 20001-2866

Circuit Executive Jill C Sayenga
E Barrett Prettyman Cths Rm 4826
Washington, DC 20001-2866

Senator Charles E Schumer
**United States Senate**
Washington, DC 20510

Dated: October 1, 2007

Signed: _____
David Linder
USP, PMB 33
Terre Haute, IN 47808

le hit for business at "998 J Clyde Morris Blvd, Newport News, VA"
phone prefix as 594.

ler's Check lists prefix as 599.

code on check for Lynchburg, VA missing last digit.



MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT
TOXICOLOGY DIVISION
Number One on Bob Hope Road
Miami, Florida 33136-1133

GOVERNMENT
EXHIBIT
816
2:04cr191

DATE: 1/6/05  M.E. C.T. CASE NO.: CT-04-29    AGENCY NO.: 02SL-00507
SUBMITTING AGENCY: NYSP FORENSIC INVESTIGATION CTR., STATE CAMPUS #30
TEL. NO.: 518-457-0054    CONTACT PERSON: JENNIFER F. LIMOGES
SUBJECT NAME: CONKLIN, PHILIP R.  NOTES: 1220 Washington Ave., Albany, New York 12226

TOXICOLOGY REPORT:

| ANALYTE | SAMPLE | RESULT |
| --- | --- | --- |
| α-METHYLTRYPTAMINE | ANTEMORTEM SERUM[1] | 1.6mg/L |
| 5-METHOXY-N,N-DIISOPROPYLTRYPTAMINE | ANTEMORTEM SERUM[1] | UNDETECTED* |

*Limited sample quantity precluded testing at maximum sensitivity. (LOD was 0.1mg/L)

1. Clear cap tube labeled #4053787/#202057826. Item #6 of 11.

*William Lee Hearn, Ph.D.*
William Lee Hearn, Ph.D.
Laboratory Director

Metro Dade Medical
Records Division
NO RECORD FOUND

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
07-2029
UNA

## I (a) PLAINTIFFS
David Linder

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PL)

## DEFENDANTS
Alberto Gonzales et al.)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 25913-048

Case: 1:07-cv-02029
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: PRO SE GEN. CIVIL

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENS ... (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐

DEMAND $ 75,000.00

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 11/8/07    SIGNATURE OF ATTORNEY OF RECORD  NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.