# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**COPY**

---

**No. 08-5068**   September Term 2007

1:07-cv-02029-UNA

Filed On: June 18, 2008 [1122176]

David William Linder,

    Appellant

    v.

Michael B. Mukasey, U.S. Attorney General
and Paul J. McNulty,

    Appellees

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on June 16, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

          FOR THE COURT:
          Mark J. Langer, Clerk

BY:   /s/
          Elizabeth V. Scott
          Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis