UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David William Linder,            )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    Civil Action No. 07-2029 (UNA)
                                 )
Michael Mukasey *et al.*,        )
                                 )
        Defendants.              )

## ORDER

Plaintiff's application to proceed *in forma pauperis* on appeal before the United States Court of Appeals for the District of Columbia Circuit has been referred to this Court for determination in the first instance. Upon review of the application, it is hereby

ORDERED that the plaintiff's application to proceed in forma pauperis on appeal is GRANTED.

/s/
United States District Judge

Date: 8/8/08